IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER T. SMITH,

    Plaintiff,                    No. 2:11-cv-0491 KJN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.           ORDER

/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish, and the court to evaluate, plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. As set forth on the form, plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 18, 2011, application to proceed in forma pauperis is

1

dismissed without prejudice;

    2. The Clerk of the Court is directed to send plaintiff a blank form entitled "Application to Proceed In Forma Pauperis By a Prisoner;" and

    3. Plaintiff shall submit, within thirty days from the date of this order, the completed application to proceed in forma pauperis, together with a certified copy of his prison trust account statement for the six-month period preceding the filing of plaintiff's complaint. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: March 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit0491.3d